UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XZAVIONE TAYLOR,<br>Aka Xzaevione Taylor,<br>　　　　　Defendant, | Case No.   2:16-CR-047-KJD-VCF<br><br>**ORDER REGARDING TRANSPORT** |

**IT IS HEREBY ORDERED** that Defendant, Xzavione Taylor, remain in physical custody of the United States Marshals and shall not be returned to the custody of the Warden, Clark County Detention Center, until he is discharged by this Court.

Dated this <u>29th</u> day of <u>April</u>, 2016.

_____
UNITED STATES DISTRICT JUDGE