# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:16-cr-00047-KJD-VCF |
| XZAVIONE TAYLOR, | **ORDER** |
| Defendant. | |

Before the Court is the Government's Motion to Vacate Preliminary Hearing (ECF NO. 62).

Defendant filed a Notice of Non-Opposition to Motion to Vacate Preliminary Hearing (ECF No. 65).

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the Government's Motion to Vacate Preliminary Hearing (ECF NO. 62) is GRANTED.

IT IS FURTHER ORDERED that preliminary revocation hearing scheduled for September 10, 2020, is VACATED.

DATED this 9th day of September, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE