# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Xzavione Taylor,<br><br>          Defendant. | Case No. 2:16-cr-00047-KJD-VCF<br><br>**Order Granting Second Stipulation to Continue Revocation Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 15, 2020, at 10:30 a.m. is vacated and continued to  January 26, 2021  at  11 : 00   a .m

DATED: December  14 , 2020.

_____
Kent J. Dawson
Senior United States District Judge

3