# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

        Plaintiff,

     v.

Xzavione Taylor,

        Defendant.

Case No. 2:16-cr-00047-KJD-VCF

**Order Granting Third Stipulation to Continue Revocation Hearing**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 26, 2021, at 10:30 a.m. is vacated and continued to February 16, 2021  at 10 : 00 a .m

DATED: January  25 , 2021.

Kent J. Dawson
Senior United States District Judge

2