# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Xzavione Taylor,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00047-KJD-VCF<br><br>**Order Granting Fifth Stipulation to Continue Revocation Hearing** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 9, 2021, at 11:00 a.m. is vacated and continued to  April 6, 2021  at  9 : 00  a.m

　　　DATED: March  5 , 2021.

_____
Kent J. Dawson
Senior United States District Judge